IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROMARIO VERMOND WALLER                                                      PETITIONER

v.                              NO. 5:05CV00269 JLH/HDY

LARRY NORRIS, Director,                                                     RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Romario Vermond Waller is dismissed with prejudice.  Judgment will be for respondent Larry Norris.

IT IS SO ORDERED this 13th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE